**Kay Pulido**

| | |
|---|---|
| From: | paygovadmin@mail.doc.twai.gov |
| Sent: | Monday, February 25, 2008 4:17 PM |
| To: | Kay Pulido |
| Subject: | Pay.Gov Payment Confirmation |

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Payment Summary

Application Name: ILND CM ECF
Pay.gov Tracking ID: 24UIGS5B
Agency Tracking ID: 2564717

Account Holder Name: Marvin Miller
Transaction Type: Sale
Billing Address: 115 South LaSalle Street Zip/Postal Code: 60603
Country: USA
Card Type: Master Card
Card Number: ************3037
Expiration Date: Feb, 2009
Payment Amount: $350.00
Transaction Date: Feb 25, 2008 5:17:17 PM

1

**08 C 1179**          **JUDGE KENDALL**
                       **MAGISTRATE JUDGE MASON**