AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

COMMERCIAL STREET EXPRESS LLC,
NICOLE VANDER MUELEN, SHASTA
BURZYNSKI, KATHLEEN COULLARD

V.

SARA LEE CORPORATION, et al.

CASE NUMBER:

**08 C 1179**

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE KENDALL
MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

SARA LEE CORPORATION
3 FIRST NATIONAL PLAZA
CHICAGO IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARVIN A. MILLER
MILLER LAW LLC
115 S. LaSalle St., Suite 2910
Chicago, IL 606903
(312) 332-3400

an answer to the complaint which is herewith served upon you, within _____ twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

----------------------------------------
**(By) DEPUTY CLERK**

**February 26, 2008**
----------------------------------------
**Date**

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE  3/3/08 |
| NAME OF SERVER *(PRINT)*  Jorge Ramirez | TITLE  Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Paula Greene, Executive Assistant

Sara Lee Corporation - 3 First National Plaza  Chicago, IL. 60602

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/3/08
*Date*

*Signature of Server*  Jorge Ramirez

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.