# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>COMMERCIAL STREET EXPRESS LLC, et al.<br>v.<br>SARA LEE CORPORATION, et al. | Case Number: 08 C 1179 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SARA LEE CORPORATION, Defendant

| | |
|---|---|
| NAME (Type or print)<br>Eric A. Sacks | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Eric A. Sacks | |
| FIRM<br>Jenner & Block LLP | |
| STREET ADDRESS<br>330 N. Wabash Avenue | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>ARDC #6209922 | TELEPHONE NUMBER<br>312-923-2801 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |