IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COMMERCIAL STREET EXPRESS LLC, NICOLE VANDER MUELEN, SHASTA BURZYNSKI, KATHLEEN COULLARD on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SARA LEE CORPORATION, COLGATE-PALMOLIVE COMPANY, HENKEL CHEMIE VERWALTUNGSGESELLSHAFT MBH, HENKEL CORP., UNILEVER N. V., UNILEVER PLC, UNILEVER UNITED STATES INC.,<br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 08 C 1179<br><br>Honorable Virginia M. Kendall |

**AGREED STIPULATION SETTING TIME
TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO AMENDED COMPLAINT**

　　　　Commercial Street Express LLC, Nicole Vander Muelen, Shasta Burzynski, and Kathleen Coullard (the "Plaintiffs"), by and through their attorneys, Miller Law LLC, on the one hand, and Sara Lee Corporation, by and through its attorneys, Jenner & Block LLP, on the other hand, and subject to the approval of the Court, hereby stipulate as follows:

　　　　1.　　On February 26, 2008, the Plaintiffs filed a Class Action Complaint. On February 29, 2008, the Plaintiffs filed an Amended Class Action Complaint.

　　　　2.　　Plaintiffs have filed a Return of Service indicating that a Summons and the original Complaint were left with Paula Greene, Executive Assistant at Sara Lee Corporation, 3 First National Plaza, Chicago, IL 60602, on March 3, 2008.

3. On March 6, 2008, Plaintiffs sent Defendant Sara Lee Corporation a copy of the Amended Class Action Complaint, a Request for Waiver of Service of Summons, and a Waiver of Service of Summons. Sara Lee Corporation, by and through its attorneys, signed the Waiver of Service of Summons on March 11, 2008.

4. With the Court's confirmation, the Defendant Sara Lee Corporation shall have until May 5, 2008 to answer or otherwise plead in response to the Plaintiff's Amended Class Action Complaint.

5. This is Sara Lee Corporation's first request to set the time to answer or otherwise plead in response to the Plaintiffs' Amended Class Action Complaint.

6. Defendant Sara Lee Corporation shall retain all defenses and objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

7. This Stipulation does not affect the status hearing scheduled in this matter, which is set for May 6, 2008, at 9:00 a.m.

DATED: _____March 13, 2008_____

**STIPULATED AND AGREED:**

| | |
|---|---|
| Commercial Street Express LLC,<br>Nicole Vander Muelen, Shasta Burzynski,<br>and Kathleen Coullard | Sara Lee Corporation |
| By: __s/ Marvin A. Miller (with consent)_<br>     One of their Attorneys | By:___s/ Eric A. Sacks_____<br>     One of its Attorneys |
| Marvin A. Miller<br>Lori A. Fanning<br>Matthew E. Van Tine<br>MIILLER LAW LLC<br>115 South LaSalle Street<br>Suite 2910<br>Chicago, Illinois 60603<br>(312)-332-3400 | Craig C. Martin<br>John F. Kinney<br>Eric A. Sacks<br>JENNER & BLOCK LLP<br>330 N. Wabash Ave.<br>Chicago, Illinois 60611<br>(312) 222-9350 |