IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| COMMERCIAL STREET EXPRESS LLC, NICOLE VANDER MUELEN, SHASTA BURZYNSKI, KATHLEEN COULLARD on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SARA LEE CORPORATION, COLGATE-PALMOLIVE COMPANY, HENKEL CHEMIE VERWALTUNGSGESELLSHAFT MBH, HENKEL CORP., UNILEVER N. V., UNILEVER PLC, UNILEVER UNITED STATES INC.,<br><br>Defendants. | No. 08 C 1179<br><br>Honorable Virginia M. Kendall |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on March 24, 2008, we will appear before the Honorable Judge Virginia M. Kendall in Courtroom 2319 at 9 o'clock a.m. and present the attached **AGREED STIPULATION SETTING TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO AMENDED COMPLAINT** with the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois.

By: __s/ Eric A. Sacks_____

Craig C. Martin
John F. Kinney
Eric A. Sacks
Attorneys for Defendant Sara Lee Corporation
JENNER & BLOCK
330 N. Wabash Ave.
Chicago, Illinois 60611
(312) 222-9350

**CERTIFICATE OF SERVICE**

I, Sarah Crane, hereby certify that on March 13, 2008, I caused a copy of the foregoing Notice of Motion and Agreed Stipulation Setting Time to Answer or Otherwise Plead in Response to Amended Complaint to be served via Electronic Mail and U.S. Mail upon the following counsel of record.

*Counsel for Plaintiffs:*

Marvin A. Miller
   Email: MMiller@millerlaw.com
Lori A. Fanning
   Email: LFanning@millerlawllc.com
Matthew E. Van Tine
   Email: MVantine@millerlawllc.com
MILLER LAW LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
Tel: (312) 332-3400
Fax: (312) 676-2676


By: _s/ Sarah E. Crane_____

   Sarah E. Crane
   JENNER & BLOCK LLP
   330 N. Wabash Ave.
   Chicago, Illinois 60611
   (312) 222-9350