# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number: 08-c-1179

COMMERCIAL STREET LLC, et. al.
                    Plaintiff,
v.
SARA LEE CORP., et. al.
                    Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

 Colgate-Palmolive Corp.

| | |
|---|---|
| **NAME (Type or print)**<br> David K. Callahan, P.C. | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br>    s/  David K. Callahan | |
| **FIRM**<br> Kirkland & Ellis LLP | |
| **STREET ADDRESS**<br> 200 East Randolph Drive, Suite 5400 | |
| **CITY/STATE/ZIP**<br> Chicago, IL 60601 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 6206671 | TELEPHONE  NUMBER<br> (312) 861-2182 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |