# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| COMMERCIAL STREET EXPRESS LLC, NICOLE VANDER MUELEN, SHASTA BURZYNSKI, KATHLEEN COULLARD on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SARA LEE CORPORATION, COLGATE-PALMOLIVE COMPANY, HENKEL CHEMIE VERWALTUNGSGESELLSCHAFT MBH, HENKEL CORP., UNILEVER N.V., UNILEVER PLC, UNILEVER UNITED STATES INC. <br><br> Defendants. | Case No. 08-cv-01179 <br><br> The Honorable Virginia M. Kendall |

## COLGATE-PALMOLIVE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Defendant Colgate-Palmolive Company ("Colgate") respectfully moves that this Court grant a sixty-day extension of time to answer or otherwise respond to plaintiffs' Amended Complaint. This is the first request for extension of time, and is submitted with the consent of Plaintiffs. A Memorandum in Support of this Motion, and Proposed Order are submitted in connection with this Motion.

Dated:  March 18, 2008 Respectfully submitted,


   */s/ David K. Callahan*
Steven D. McCormick (1824260)
David K. Callahan, P.C. (6206671)
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601
(312) 861-2000 (telephone)
(312) 861-2200 (facsimile)
dcallahan@kirkland.com

Mark L. Kovner (*Pro Hac Vice pending*)
Marimichael O. Skubel (*Pro Hac Vice pending*)
Micah Hildenbrand (*Pro Hac Vice pending*)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Suite 1200
Washington, D.C. 20005
(202) 879-5000 (telephone)
(202) 879-5200 (facsimile)

*Attorneys for Defendant Colgate-Palmolive Company*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing **COLGATE-PALMOLIVE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** was served March 18, 2008 on all counsel of record via the Court's ECF notification.

      /s/ David K. Callahan
David K. Callahan, P.C.