# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| COMMERCIAL STREET EXPRESS LLC, NICOLE VANDER MUELEN, SHASTA BURZYNSKI, KATHLEEN COULLARD on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 08-cv-01179 |
| v. | )<br>) The Honorable Virginia M. Kendall |
| SARA LEE CORPORATION, COLGATE-PALMOLIVE COMPANY, HENKEL CHEMIE VERWALTUNGSGESELLSCHAFT MBH, HENKEL CORP., UNILEVER N.V., UNILEVER PLC, UNILEVER UNITED STATES INC. | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## [PROPOSED] ORDER GRANTING COLGATE-PALMOLIVE COMPANY AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

This matter is before the Court on Colgate-Palmolive Company's ("Colgate") Memorandum in Support of Unopposed Motion for an Extension of Time for Defendant Colgate to Answer or Otherwise Respond to Plaintiff's Amended Complaint. Defendant Colgate's motion is hereby **GRANTED**. Colgate may answer or otherwise respond to Plaintiffs' Amended Complaint on or before May 5, 2008.

**IT IS SO ORDERED.**

Dated this ___ day of _____, 2008.

_____
The Honorable Virginia M. Kendall
United States District Court Judge