**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| COMMERCIAL STREET EXPRESS LLC, NICOLE VANDER MUELEN, SHASTA BURZYNSKI, KATHLEEN COULLARD on behalf of themselves and all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>SARA LEE CORPORATION, COLGATE-PALMOLIVE COMPANY, HENKEL CHEMIE VERWALTUNGSGESELLSCHAFT MBH, HENKEL CORP., UNILEVER N.V., UNILEVER PLC, UNILEVER UNITED STATES INC.<br><br>   Defendants. | Case No. 08-cv-01179<br><br>The Honorable Virginia M. Kendall |

**NOTICE OF MOTION**

To:  Marvin A. Miller, Esq.
     Lori A. Fanning, Esq.
     Matthew E. Van Tine, Esq.
     MILLER LAW LLC
     115 South LaSalle Street, Suite 2910
     Chicago, IL 60603
     (312) 332-3400

   PLEASE TAKE NOTICE that on Monday, March 24, 2008, at 9:00 a.m. in the

courtroom of The Honorable Virginia M. Kendall, 219, South Dearborn, Chicago, Illinois 60604,

we shall present COLGATE-PALMOLIVE COMPANY'S MEMORANDUM IN SUPPORT OF

UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE

RESPOND TO PLAINTIFF'S AMENDED COMPLAINT, a copy of which has been served upon you.

Dated:  March 18, 2008                                Respectfully submitted,


                                                       /s/ David K. Callahan
                                                      Steven D. McCormick (1824260)
                                                      smccormick@kirkland.com
                                                      David K. Callahan, P.C. (6206671)
                                                      dcallahan@kirkland.com
                                                      Kirkland & Ellis LLP
                                                      200 E. Randolph Dr.
                                                      Chicago, IL 60601
                                                      (312) 861-2000 (telephone)
                                                      (312) 861-2200 (facsimile)


                                                      Mark L. Kovner (*Pro Hac Vice pending*)
                                                      Marimichael O. Skubel (*Pro Hac Vice pending*)
                                                      Micah Hildenbrand (*Pro Hac Vice pending*)
                                                      KIRKLAND & ELLIS LLP
                                                      655 Fifteenth Street, N.W.
                                                      Suite 1200
                                                      Washington, D.C. 20005
                                                      (202) 879-5000 (telephone)
                                                      (202) 879-5200 (facsimile)

                                                      *Attorneys for Defendant Colgate-Palmolive Company*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing NOTICE OF MOTION was served March 18, 2008 on all counsel of record via the Court's ECF notification.


  /s/ David K. Callahan
David K. Callahan, P.C.