**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| COMMERCIAL STREET EXPRESS LLC, NICOLE VANDER MUELEN, SHASTA BURZYNSKI, KATHLEEN COULLARD on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>SARA LEE CORPORATION, COLGATE-PALMOLIVE COMPANY, HENKEL CHEMIE VERWALTUNGSGESELLSHAFT MBH, HENKEL CORP., UNILEVER N. V., UNILEVER PLC, UNILEVER UNITED STATES INC.,<br><br>        Defendants. | No. 08 C 1179<br><br>Honorable Virginia M. Kendall |

**HENKEL CORPORATION'S AGREED STIPULATION SETTING TIME
TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO AMENDED COMPLAINT**

Commercial Street Express LLC, Nicole Vander Muelen, Shasta Burzynski, and Kathleen Coullard (the "Plaintiffs"), by and through their attorneys, Miller Law LLC, on the one hand, and Henkel Corporation, by and through its attorneys, Sidley Austin LLP, on the other hand, and subject to the approval of the Court, hereby stipulate as follows:

1.    On February 26, 2008, the Plaintiffs filed a Class Action Complaint. On February 29, 2008, the Plaintiffs filed an Amended Class Action Complaint.

2.    Plaintiffs have filed a Return of Service indicating that a Summons and the original Complaint were left with Dawn C. Schultz, CT Corporation, 208 S. LaSalle, Chicago, IL 60604, on March 3, 2008.

3.  Plaintiffs and Defendant Henkel Corporation agree that, with the Court's confirmation, Henkel Corporation shall have until May 5, 2008 to answer or otherwise plead in response to the Plaintiff's Amended Class Action Complaint.

4.  This is Henkel Corporation's first request to set the time to answer or otherwise plead in response to the Plaintiffs' Amended Class Action Complaint.

5.  Defendant Henkel Corporation shall retain all defenses and objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

6.  This Stipulation does not affect the status hearing scheduled in this matter, which is set for May 6, 2008, at 9:00 a.m.

Dated: March 20, 2008

**STIPULATED AND AGREED:**

| | |
|---|---|
| Commercial Street Express LLC,<br>Nicole Vander Muelen, Shasta Burzynski,<br>and Kathleen Coullard | Henkel Corporation |
| By: s/ Marvin A. Miller<br>    Marvin A. Miller<br>    Lori A. Fanning<br>    Matthew E. Van Tine<br>    MIILLER LAW LLC<br>    115 South LaSalle Street<br>    Suite 2910<br>    Chicago, Illinois 60603<br>    (312)-332-3400 | By: s/ Richard D. Raskin<br>    John Treece<br>    Richard D. Raskin<br>    Sidley Austin LLP<br>    One South Dearborn Street<br>    Chicago, IL 60603<br>    (312) 853-7000 |

## **CERTIFICATE OF SERVICE**

    I, Richard Raskin, hereby certify that on March 20, 2008, I caused a copy of the foregoing Henkel Corporation's Agreed Stipulation Setting Time to Answer or Otherwise Plead in Response to Amended Complaint to be served on parties of record through the Court's Electronic Filing System.

s/ Richard D. Raskin