IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMERCIAL STREET EXPRESS LLC, NICOLE VANDER MUELEN, SHASTA BURZYNSKI, KATHLEEN COULLARD on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>SARA LEE CORPORATION, COLGATEPALMOLIVE COMPANY, HENKEL CHEMIE VERWALTUNGSGESELLSHAFT MBH, HENKEL CORP., UNILEVER N. V., UNILEVER PLC, UNILEVER UNITED STATES INC.,<br><br>       Defendants. | No. 08 C 1179<br><br>Honorable Virginia M. Kendall |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on March 24, 2008, we will appear before the Honorable Judge Virginia M. Kendall in Courtroom 2319 at 9:00 a.m. to present **HENKEL CORPORATION'S AGREED STIPULATION SETTING TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO AMENDED COMPLAINT** with the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois.

                                                                s/ Richard D. Raskin
                                                                John Treece
                                                                Richard D. Raskin
                                                               Sidley Austin LLP
                                                               One South Dearborn Street
                                                               Chicago, IL 60603
                                                               (312) 853-7000 Tel
                                                               *Counsel for Henkel Corporation*

2

## **CERTIFICATE OF SERVICE**

  I, Richard Raskin, hereby certify that on March 20, 2008, I caused a copy of the foregoing Notice of Motion to be served on parties of record through the Court's Electronic Filing System.

s/ Richard D. Raskin