**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division**

Commercial Street Express LLC, et al.
                              Plaintiff,

v.                                    Case No.: 1:08−cv−01179
                                      Honorable Virginia M. Kendall

Sara Lee Corporation, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 24, 2008:

    MINUTE entry before Judge Honorable Virginia M. Kendall: Defendant Colgate−Palmolive Company's Motion for an Extension of Time [24] is granted, and the Agreed Stipulation Setting Henkel Corporation's Time to Answer [30] is approved. Said Defendants may have through and including 5/5/2008 to answer or otherwise plead to Plaintiff's Complaint. The 5/6/2008 Status hearing stands. Mailed notice. (kw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.