**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| COMMERCIAL STREET EXPRESS LLC, NICOLE VANDER MUELEN, SHASTA BURZYNSKI, and KATHLEEN COULLARD,<br><br>                    Plaintiffs,<br><br>     v.<br><br>SARA LEE CORPORATION, COLGATE-PALMOLIVE COMPANY, HENKEL CHEMIE VERWALTUNGSGESELLSCHAFT MBH, HENKEL CORP., UNILEVER N.V., UNILEVER PLC, and UNILEVER UNITED STATES INC.,<br><br>                    Defendants. | Case No. 08 C 1179<br><br>Honorable Virginia M. Kendall |

**CORPORATE DISCLOSURE STATEMENT OF UNILEVER UNITED**
**STATES, INC. PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2**

Pursuant to Fed. R. Civ. P. 7.1 and Rule L. 3.2 of the Northern District of Illinois, Defendant Unilever United States, Inc. ("Unilever US") makes the following disclosures:

      1.     Unilever US, a Delaware corporation, is not a publicly held company.

      2.     Unilever US is 60% owned by Unilever N.V., a Netherlands public limited company, which is publicly held. Unilever N.V. has listings of shares and depositary receipts for shares on Euronext Amsterdam and of New York Registry Shares on the New York Stock Exchange.

      3.     Unilever US is 40% owned by Unilever PLC, an England and Wales public limited company, which is publicly held. Unilever PLC has shares listed on the London Stock Exchange and, as American Depositary Receipts, on the New York Stock Exchange.

March 24, 2008                                          Respectfully submitted,

                                          By:   /Britt M. Miller_____

Ronald S. Rolfe
Elizabeth L. Grayer
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000
(212) 474-3700 – fax

Sheila Finnegan
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600
(312) 701-7711 – fax

*Attorneys for Unilever United States, Inc.*

**CERTIFICATE OF SERVICE**

      I, Britt M. Miller, an attorney, hereby certify that on March 24, 2008, I caused a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF UNILEVER UNITED STATES, INC. PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2**, to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court' s CM/ECF System.

                                                                                                                                 /s/ Britt M. Miller_____  
                                                                                                                                 Britt M. Miller  
                                                                                                                                 MAYER BROWN LLP  
                                                                                                                                 71 South Wacker Drive  
                                                                                                                                 Chicago, Illinois  60606  
                                                                                                                                 Phone:  (312) 782-0600  
                                                                                                                                 Fax:  (312) 701-7711  
                                                                                                                                 E-mail:  bmiller@mayerbrown.com