UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMERCIAL STREET EXPRESS LLC, NICOLE VANDER MUELEN, SHASTA BURZYNSKI, and KATHLEEN COULLARD,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SARA LEE CORPORATION, COLGATE-PALMOLIVE COMPANY, HENKEL CHEMIE VERWALTUNGSGESELLSCHAFT MBH, HENKEL CORP., UNILEVER N.V., UNILEVER PLC, and UNILEVER UNITED STATES INC.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 08 C 1179<br><br>Honorable Virginia M. Kendall |

**DEFENDANT UNILEVER UNITED STATES, INC.'S MOTION TO DISMISS**
**THE AMENDED CLASS ACTION COMPLAINT**

Defendant Unilever United States, Inc. ("Unilever US"), by and through its attorneys and upon its Memorandum of Defendant Unilever United States, Inc. in Support of its Motion to Dismiss ("Memorandum in Support"), and the accompanying declaration (filed herewith), hereby moves this Court for an order, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Amended Class Action Complaint (the "Complaint") in the above-captioned action with prejudice.

As detailed in its Memorandum in Support, Plaintiff's Complaint necessarily fails because:

　　(1)　Plaintiffs fail to state a claim for any violation of federal or state law;

　　(2)　The Court lacks subject matter jurisdiction over Count I, because Plaintiffs do not allege any conduct in or affecting U.S. domestic commerce as required by the Federal Trade Antitrust Improvements Act of 1982, Pub. L. No. 97-290 § 402, 96 Stat. 1233, 1246 (codified at 15 U.S.C. § 6a);

  (3)  The Court lacks subject matter jurisdiction over all counts, because Plaintiffs lack Article III standing, because the Complaint does not assert a causal connection between Plaintiffs' alleged injury and the conduct alleged in Germany;

  (4)  Count I cannot support a claim for damages, because the Complaint does not allege direct purchases by Plaintiffs as required by *Illinois Brick Co. v. Illinois*, 431 U.S. 720 (1977);

  (5)  Plaintiffs lack standing to pursue Count II to the extent it relies on state law outside Michigan and Wisconsin and lack standing to pursue Count III in its entirety.

  WHEREFORE, Unilever US respectfully requests that the Court dismiss Plaintiffs' claims against it and award such other relief as the Court deems just and proper.

Should the Court wish oral argument on the issues raised by the instant Motion, Unilever US would welcome the opportunity.

March 24, 2008

                      Respectfully submitted,

                      By:  /s/ Britt M. Miller_____

Ronald S. Rolfe
Elizabeth L. Grayer
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000
(212) 474-3700 – fax

Sheila Finnegan
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600
(312) 701-7711 – fax

            *Attorneys for Unilever United States, Inc.*

**CERTIFICATE OF SERVICE**

      I, Britt M. Miller, an attorney, hereby certify that on March 24, 2008, I caused a true and correct copy of the foregoing **DEFENDANT UNILEVER UNITED STATES, INC.'S MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**, to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                              /s/ Britt M. Miller
                                                                              Britt M. Miller
                                                                              MAYER BROWN LLP
                                                                              71 South Wacker Drive
                                                                              Chicago, Illinois 60606
                                                                              Phone: (312) 782-0600
                                                                              Fax: (312) 701-7711
                                                                              E-mail: bmiller@mayerbrown.com