## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| COMMERCIAL STREET EXPRESS LLC, NICOLE VANDER MUELEN, SHASTA BURZYNSKI, and KATHLEEN COULLARD,<br><br>          Plaintiffs,<br><br>    v.<br><br>SARA LEE CORPORATION, COLGATE-PALMOLIVE COMPANY, HENKEL CHEMIE VERWALTUNGSGESELLSCHAFT MBH, HENKEL CORP., UNILEVER N.V., UNILEVER PLC, and UNILEVER UNITED STATES INC.,<br><br>          Defendants. | Case No. 08 C 1179<br><br>Honorable Virginia M. Kendall |

## NOTICE OF MOTION

TO:

| | |
|---|---|
| Marvin A. Miller | Guri Ademi |
| Lori A. Fanning | Shpetim Ademi |
| Matthew E. Van Tine | David J. Syrios |
| MILLER LAW LLC | Corey M. Mather |
| 115 South LaSalle Street, Suite 2910 | ADEMI & O'REILLY LLP |
| Chicago, IL 60603 | 3620 E. Layton |
| | Cudahy, WI 53110 |

  YOU ARE HEREBY NOTIFIED THAT on Wednesday, April 2, 2008, at 9:00 a.m., in Courtroom 2319, or as soon thereafter as counsel may be heard, counsel for Defendant Unilever United States, Inc. ("Unilever US") will appear before the Honorable Virginia M. Kendall, or any Judge presiding in that courtroom in the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present Unilever US's Motion to Dismiss the Amended Class Action Complaint, a copy of which motion is hereby served upon you.

March 24, 2008                                              Respectfully submitted,

                                                     By:   __/s/ Britt M. Miller_____

Ronald S. Rolfe
Elizabeth L. Grayer
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000
(212) 474-3700 – fax

Sheila Finnegan
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600
(312) 701-7711 – fax

*Attorneys for Unilever United States, Inc.*

**CERTIFICATE OF SERVICE**

      I, Britt M. Miller, an attorney, hereby certify that on March 24, 2008, I caused a true and correct copy of the foregoing **NOTICE OF MOTION**, to be filed and served electronically via the court's CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

       /s/ Britt M. Miller_____
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois  60606
Phone:  (312) 782-0600
Fax:  (312) 701-7711
E-mail:  bmiller@mayerbrown.com