UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMERCIAL STREET EXPRESS LLC, NICOLE VANDER MUELEN, SHASTA BURZYNSKI, and KATHLEEN COULLARD,<br><br>Plaintiffs,<br><br>v.<br><br>SARA LEE CORPORATION, COLGATE-PALMOLIVE COMPANY, HENKEL CHEMIE VERWALTUNGSGESELLSCHAFT MBH, HENKEL CORP., UNILEVER N.V., UNILEVER PLC, and UNILEVER UNITED STATES INC.,<br><br>Defendants. | Case No. 08 C 1179<br><br>Honorable Virginia M. Kendall |

**DECLARATION OF RONALD S. ROLFE**

I, RONALD S. ROLFE, declare as follows:

1.   I am an attorney and member of the firm of Cravath, Swaine & Moore LLP, counsel for Defendant Unilever United States, Inc. ("Unilever US"). I am admitted to practice law in the State of New York. I submit this declaration in support of Unilever US's motion to dismiss in this action.

2.   I am familiar with the facts set forth in this declaration, either from personal knowledge or on the basis of public documents.

3.   Attached hereto as Exhibit 1 is a true copy of the February 19, 2008 Order and Notice of Regulatory Fine issued by the German Federal Cartel Office in case No. 11 - 17/06-5, in both original German and certified English translation.

4.   Attached hereto as Exhibit 2 is a true copy of one page of Unilever Annual Report & Accounts and Form 20-F 2003.

5. Attached hereto as Exhibit 3 is a true copy of selected pages of Unilever Annual Report and Accounts 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 21, 2008

*[signature]*
_____
Ronald S. Rolfe

**CERTIFICATE OF SERVICE**

      I, Britt M. Miller, an attorney, hereby certify that on March 24, 2008, I caused a true and correct copy of the foregoing **DECLARATION OF RONALD S. ROLFE**, to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                          /s/ Britt M. Miller
                        Britt M. Miller
                        MAYER BROWN LLP
                        71 South Wacker Drive
                        Chicago, Illinois 60606
                        Phone: (312) 782-0600
                        Fax: (312) 701-7711
                        E-mail: bmiller@mayerbrown.com