## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Commercial Street Express LLC, et al.
                                        Plaintiff,

v.                                      Case No.: 1:08−cv−01179
                                        Honorable Virginia M. Kendall

Sara Lee Corporation, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 26, 2008:

    MINUTE entry before Judge Honorable Virginia M. Kendall: Defendant Unilever's Motion to Dismiss the Amended Class Action Complaint [36] is taken under advisement; responses due 4/10/2008; replies due 4/17/2008. The 4/2/2008 presentment date for said motion is stricken; no appearance is required. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.