IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMERCIAL STREET EXPRESS LLC, NICOLE VANDER MUELEN, SHASTA BURZYNSKI, KATHLEEN COULLARD on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SARA LEE CORPORATION, COLGATE-PALMOLIVE COMPANY, HENKEL CHEMIE VERWALTUNGSGESELLSCHAFT MBH, HENKEL CORP., UNILEVER N.V., UNILEVER PLC, UNILEVER UNITED STATES INC.<br><br>    Defendants. | No. 08 C 1179<br><br>JUDGE KENDALL<br><br><br><br>**JURY DEMAND** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, April 1, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia M. Kendall, or any judge sitting in her stead, in Courtroom 2319 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Motion To Modify Briefing Schedule,* a copy of which is hereby served upon you

Dated: March 27, 2008                     Respectfully submitted,

                         By:  /s/ Lori A. Fanning
                         Marvin A. Miller
                         Matthew E. Van Tine
                         Lori A. Fanning
                         **MILLER LAW LLC**
                         115 South LaSalle Street, Suite 2910
                         Chicago, IL 60603
                         Telephone:   (312) 332-3400
                         Facsimile:   (312) 676-2676

Guri Ademi
Shpetim Ademi
David Syrios
Corey M. Mather
**ADEMI & O'REILLY, LLP**
3620 E. Layton
Cudahy, WI  53110
Telephone:     (414) 482-8000
Facsimile:     (414) 482-8001

**CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

      I, Lori A. Fanning, one of the attorneys for plaintiffs, hereby certify that on March 27, 2008, service of the foregoing *Notice of Motion*, and *Motion to Modify Briefing Schedule* was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

      */s/   Lori A. Fanning*
      Lori A. Fanning