**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

|  |  |
|---|---|
| COMMERCIAL STREET EXPRESS LLC, NICOLE VANDER MUELEN, SHASTA BURZYNSKI, KATHLEEN COULLARD *on behalf of themselves and all others similarly situated*, <br><br> *Plaintiffs,* <br><br> v. <br><br> SARA LEE CORPORATION, COLGATE-PALMOLIVE COMPANY, HENKEL CHEMIE VERWALTUNGSGESELLSCHAFT MBH, HENKEL CORP., UNILEVER N.V., UNILEVER PLC, UNILEVER UNITED STATES INC. <br><br> *Defendants.* | No. 08 C 1179 <br><br> JUDGE KENDALL |

**MOTION FOR APPOINTMENT**
**OF A SPECIAL PROCESS SERVER**

Pursuant to Rule 4(c), Federal Rules of Civil Procedure, plaintiffs hereby move that APS International, Ltd., which is not a party to this action and is not less than 18 years of age, be appointed as a special process server in the above cause to serve the Summons and Amended Complaint on Defendant Henkel Chemie Verwaltungsgesellschaft MBH in Germany. Service shall be affected according to any internationally agreed means, the laws of the foreign country,

or as directed by the foreign authority or the originating court if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

Dated:  March 28, 2008          COMMERCIAL STREET EXPRESS LLC, NICOLE VANDER MUELEN, SHASTA BURZYNSKI AND KATHLEEN COULLARD, PLAINTIFFS

By:___*/s/ Marvin A. Miller*_____
Marvin A. Miller
Matthew E. Van Tine
Lori A. Fanning
**MILLER LAW LLC**
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone:     (312) 332-3400
Facsimile:     (312) 676-2676

Guri Ademi
Shpetim Ademi
David Syrios
Corey M. Mather
**ADEMI & O'REILLY, LLP**
3620 E. Layton
Cudahy, WI  53110
Telephone:     (414) 482-8000
Facsimile:     (414) 482-8001