# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| COMMERCIAL STREET EXPRESS LLC, NICOLE VANDER MUELEN, SHASTA BURZYNSKI, KATHLEEN COULLARD on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>SARA LEE CORPORATION, COLGATE-PALMOLIVE COMPANY, HENKEL CHEMIE VERWALTUNGSGESELLSCHAFT MBH, HENKEL CORP., UNILEVER N.V., UNILEVER PLC, UNILEVER UNITED STATES INC.<br><br>   Defendants. | No. 08 C 1179<br><br>JUDGE KENDALL<br><br><br><br>**JURY DEMAND** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, April 2, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia M. Kendall, or any judge sitting in her stead, in Courtroom 2319 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present ***Motion For Appointment of Special Process Server,*** a copy of which is hereby served upon you

Dated: March 28, 2008

Respectfully submitted,

By: _/s/ Marvin A. Miller_
Marvin A. Miller
Matthew E. Van Tine
Lori A. Fanning
**MILLER LAW LLC**
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone:   (312) 332-3400
Facsimile:   (312) 676-2676

Guri Ademi
Shpetim Ademi
David Syrios
Corey M. Mather
**ADEMI & O'REILLY, LLP**
3620 E. Layton
Cudahy, WI 53110
Telephone: (414) 482-8000
Facsimile: (414) 482-8001

**CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

  I, Marvin A. Miller, one of the attorneys for plaintiffs, hereby certify that on March 28, 2008, service of the foregoing *Notice of Motion,* and *Motion for Appointment of Special Process Server* was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

              */s/ Marvin A. Miller*
              Marvin A. Miller