**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Commercial Street Express LLC, et al.
                                  Plaintiff,

v.                                                         Case No.: 1:08–cv–01179
                                                            Honorable Virginia M. Kendall

Sara Lee Corporation, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

      MINUTE entry before Judge Honorable Virginia M. Kendall: Motion hearing held. Motion to Modify Briefing Schedule [45] is granted. Response to Motion to Dismiss due 4/22/2008; reply due 5/1/2008. Motion for Appointment of Special Process Server [48] is granted. Enter Order. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.