IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMERCIAL STREET EXPRESS LLC, NICOLE VANDER MUELEN, SHASTA BURZYNSKI, KATHLEEN COULLARD on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SARA LEE CORPORATION, COLGATE-PALMOLIVE COMPANY, HENKEL CHEMIE VERWALTUNGSGESELLSCHAFT MBH, HENKEL CORP., UNILEVER N.V., UNILEVER PLC, UNILEVER UNITED STATES INC.<br><br>Defendants. | No. 08 C 1179<br><br>JUDGE KENDALL |

ORDER TO APPOINT
SPECIAL PROCESS SERVICE

IT IS HEREBY ORDERED

That APS International, Ltd., including its designated agents, is appointed and authorized to effect service of process on the Defendant, Henkel Chemie Verwaltungsgesellschaft MBH, in Germany.  Service shall be affected according to any internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or the originating court if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

So Ordered.

Dated: April 1, 2008

_____
Virginia M. Kendall
United States District Judge