IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMERCIAL STREET EXPRESS LLC, NICOLE VANDER MUELEN, SHASTA BURZYNSKI, KATHLEEN COULLARD on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SARA LEE CORPORATION, COLGATE-PALMOLIVE COMPANY, HENKEL CHEMIE VERWALTUNGSGESELLSHAFT MBH, HENKEL CORP., UNILEVER N. V., UNILEVER PLC, UNILEVER UNITED STATES INC.,<br><br>Defendants. | No. 08 C 1179<br><br>Honorable Virginia M. Kendall |

**CORPORATE DISCLOSURE STATEMENT OF SARA LEE CORPORATION, PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2 of the Northern District of Illinois and based on current publicly available information, Sara Lee Corporation believes the following:

1. Sara Lee Corporation, a Maryland corporation, is a publicly held company.

2. Sara Lee Corporation is more than 5% owned by AXA Financial, Inc., a Delaware corporation, which has been described as a "public subsidiary" that is wholly owned by AXA, a publicly held French corporation.

3.      No other publicly held corporation owns more than 5% of Sara Lee Corporation's stock.

                              Sara Lee Corporation

                              By:   s/ Craig C. Martin
                                         One of its Attorneys

                                         Craig C. Martin
John F. Kinney
Eric A. Sacks
Sarah E. Crane
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
(312) 222-9350

Dated: May 1, 2008

## CERTIFICATE OF SERVICE

I, Sarah Crane, hereby certify that on May 1, 2008, I caused a copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF SARA LEE CORPORATION, PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: __s/ Sarah E. Crane_____

Sarah E. Crane
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, Illinois 60611
Phone: (312) 222-9350
Fax: (312) 923-2949
Email: scrane@jenner.com

Dated: May 1, 2008