IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMERCIAL STREET EXPRESS LLC, NICOLE VANDER MUELEN, SHASTA BURZYNSKI, KATHLEEN COULLARD on behalf of themselves and all others similarly situated,<br>　　　　　　Plaintiffs,<br>　v.<br><br>SARA LEE CORPORATION, COLGATE-PALMOLIVE COMPANY, HENKEL CHEMIE VERWALTUNGSGESELLSHAFT MBH, HENKEL CORP., UNILEVER N. V., UNILEVER PLC, UNILEVER UNITED STATES INC.,<br>　　　　　　Defendants. | No. 08 C 1179<br><br>Honorable Virginia M. Kendall |

## SARA LEE CORPORATION'S MOTION TO DISMISS

Defendant Sara Lee Corporation, by its undersigned counsel, hereby moves this Court to dismiss Plaintiffs' Amended Complaint in its entirety with prejudice pursuant to Rule 8(a), Rule 12(b)(1), and Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of this motion, Sara Lee Corporation submits the accompanying Memorandum in Support of Sara Lee Corporation's Motion to Dismiss.

　　　　　　　　　　　　　　　　　Sara Lee Corporation

　　　　　　　　　　　　　　　　By:　　s/ Craig C. Martin
　　　　　　　　　　　　　　　　　　　One of its Attorneys

　　　　　　　　　　　　　　　　　Craig C. Martin
　　　　　　　　　　　　　　　　　John F. Kinney
　　　　　　　　　　　　　　　　　Eric A. Sacks
　　　　　　　　　　　　　　　　　Sarah E. Crane
　　　　　　　　　　　　　　　　　JENNER & BLOCK LLP
　　　　　　　　　　　　　　　　　330 North Wabash Avenue
　　　　　　　　　　　　　　　　　Chicago, IL 60611
Dated: May 1, 2008　　　　　　　(312) 222-9350

## CERTIFICATE OF SERVICE

I, Sarah Crane, hereby certify that on May 1, 2008, I caused a copy of the foregoing **SARA LEE CORPORATION'S MOTION TO DISMISS** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: __s/ Sarah E. Crane_____

Sarah E. Crane
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, Illinois 60611
Phone: (312) 222-9350
Fax: (312) 923-2949
Email: scrane@jenner.com

Dated: May 1, 2008