IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMERCIAL STREET EXPRESS LLC, NICOLE VANDER MUELEN, SHASTA BURZYNSKI, KATHLEEN COULLARD on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SARA LEE CORPORATION, COLGATE-PALMOLIVE COMPANY, HENKEL CHEMIE VERWALTUNGSGESELLSCHAFT MBH, HENKEL CORP., UNILEVER N.V., UNILEVER PLC, UNILEVER UNITED STATES INC.,<br><br>    Defendants. | No. 08 C 1179<br><br>Honorable Virginia M. Kendall |

## JOINT INITIAL STATUS REPORT

Pursuant to the Court's March 4, 2008 Minute Order, the undersigned parties submit the following Joint Initial Status Report.

1.  **Attorneys of Record and Expected Trial Counsel.** [1]

    a.  **Plaintiffs Commercial Street Express LLC, Nicole Vander Muelen, Shasta Burzynski, and Kathleen Coullard.**

    Marvin A. Miller*
    Matthew E. Van Tine*
    Lori A. Fanning
    Miller Law LLC
    115 South LaSalle Street, Suite 2910
    Chicago, IL 60603
    312-332-3400

    Guri Ademi*
    Shpetim Ademi
    David J. Syria
    Corey M. Mather
    Ademi & O'Reilly, LLP
    3620 East Layton Avenue
    Cudahy, WI 53110
    414-482-8000

---

[1] Currently expected trial counsel are identified with an asterisk.

b. **Defendant Sara Lee Corporation**

Craig C. Martin*
John F. Kinney*
Eric A. Sacks*
Sarah E. Crane
Jenner & Block LLP
300 North Wabash Avenue
Chicago, IL 60611
312-222-9350

c. **Defendant Colgate-Palmolive Company**

Mark L. Kovner*
Marimichael O. Skubel*
Micah N. Hildenbrand                David K. Callahan*
Kirkland & Ellis LLP                Kirkland & Ellis LLP
655 Fifteenth Street, NW, Suite 1200   200 East Randolph Drive
Washington, DC 20005                Chicago, IL  60601
202-879-5000                        312-616-2800

d. **Defendants Henkel Chemie Verwaltungsgesellschaft mbH and Henkel Corp.**

David I. Gelfand*                   John W. Treece*
Steven J. Kaiser*                   Richard D. Raskin
Cleary Gottlieb Sheen & Hamilton LLP   Sidley Austin LLP
2000 Pennsylvania Avenue, NW        One South Dearborn Street
Washington, DC 20006                Chicago, IL 60603
202-974-1500                        312-853-7000

e. **Defendants Unilever NV, Unilever PLC and Unilever United States, Inc.**

Ronald S. Rolfe*
Elizabeth L. Grayer                 Sheila Finnegan*
Cravath, Swaine & Moore LLP         Britt M. Miller
Worldwide Plaza                     Mayer Brown LLP
825 Eighth Avenue                   71 South Wacker Drive
New York, NY 10019-7475             Chicago, IL 60606
212-474-1000                        312-782-6000

2. **Asserted Basis for Federal Jurisdiction.**

28 U.S.C. §§ 1331 and 1337 and Sections 4 and 16 of the Clayton Act, 15 U.S.C. §§ 15, 26.

3. **Nature of Claims Asserted in Complaint and Any Expected Counterclaim.**

The Amended Complaint is an antitrust class action that asserts a claim for injunctive relief under Section 1 of the Sherman Act (Count I), claims under the antitrust statutes enacted by 19 states and the District of Columbia (Count II), claims under 22 state consumer protection laws (Count III), and a claim for unjust enrichment (Count IV).

At the present time, no counterclaim is expected.

4. **Parties Not Yet Served and Status.**

Foreign defendant Unilever NV, Unilever United States, Inc.'s ultimate Dutch parent has not been served.

Foreign defendant Henkel Chemie Verwaltungsgesellschaft mbH has not been served.

Plaintiffs state that they have been advised by APS International, which is handling the translation and service pursuant to the Hague protocol, that it could take approximately 10-12 weeks to have service completed on the foreign defendants.

5. **Principal Legal Issues**.

The principal legal issues in this case include whether the plaintiffs have properly alleged a claim under Section 1 of the Sherman Act or the various state laws and theories asserted in the Amended Complaint. There may be other issues, including whether the Court has subject-matter jurisdiction over the matter or personal jurisdiction over each of the individual defendants and whether the claims are appropriate for a class action under Rule 23.

**6.     Principal Factual Issues.**

The principal factual issues, among others, include those factual questions underlying suitability for class action treatment; whether defendants conspired to artificially raise, fix, maintain, and/or stabilize prices of any product; the particular products involved in any such conspiracy; the duration of any such conspiracy; whether any such conspiracy occurred in the United States or had a direct and substantial effect on U.S. commerce; whether any plaintiff was impacted by any conspiracy; whether any plaintiff suffered damage by any conspiracy; and the amount of any such damage.

**7.     Whether a Jury Trial Is Expected.**

Plaintiffs have demanded a jury.

**8.     Discovery Status.**

No discovery has been initiated. If the Court denies defendants' motions to dismiss, the parties anticipate extensive discovery on a variety of issues, including class certification, liability, impact and damages.

Plaintiffs intend to commence discovery once the Court conducts its Rule 16 conference.

Defendants do not believe that discovery should proceed pending resolution of the Defendants' respective motions to dismiss.

**9.     Earliest Trial Ready Date and Length of Trial.**

The parties propose addressing these questions after the Court has ruled on the motions to dismiss.

**10.    Trial before Magistrate Judge.**

The parties do not unanimously consent to trial before a Magistrate Judge.

11.  **Status of Settlement Discussions.**

There has been no settlement discussion.

Dated: May 1, 2008

                        Respectfully submitted,

Plaintiffs Commercial Street Express LLC, Nicole Vander Muelen, Shasta Burzynski, and Kathleen Coullard

By:    s/ Marvin A. Miller (with consent)
       One of their Attorneys

Marvin A. Miller
Matthew E. Van Tine
Lori A. Fanning
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
312-332-3400

Guri Ademi
Shpetim Ademi
David J. Syria
Corey M. Mather
Ademi & O'Reilly, LLP
3620 East Layton Avenue
Cudahy, WI 53110
414-482-8000

Defendant Sara Lee Corporation

By:    s/ Craig C. Martin
       One of its Attorneys

Craig C. Martin
John F. Kinney
Eric A. Sacks
Sarah E. Crane
Jenner & Block LLP
330 North Wabash Avenue
Chicago, IL 60611
312-222-9250

Defendant Colgate-Palmolive Company

By:   <u>s/ Mark L. Kovner (with consent)</u>
      One of its Attorneys

      Mark L. Kovner
      Marimichael O. Skubel
      Micah N. Hildenbrand
      Kirkland & Ellis LLP
      655 Fifteenth Street, NW, Suite 1200
      Washington, DC 20005
      202-879-5000

      David K. Callahan
      Kirkland & Ellis LLP
      200 East Randolph Drive
      Chicago, IL 60601

Defendant Henkel Corp.

By:   <u>s/ David I. Gelfand (with consent)</u>
      One of their Attorneys

      David I. Gelfand
      Steven J. Kaiser
      Cleary Gottlieb Sheen &
          Hamilton LLP
      2000 Pennsylvania Avenue, NW
      Washington, DC 20006
      202-974-1500

      John W. Treece
      Richard D. Raskin
      Sidley Austin LLP
      One South Dearborn Street
      Chicago, IL 60603
      312-853-7000

          Defendants Unilever PLC and
          Unilever United States, Inc.

By:    s/ Ronald S. Rolfe (with consent)
          One of their Attorneys

          Ronald S. Rolfe
          Elizabeth L. Grayer
          Cravath, Swaine & Moore LLP
          Worldwide Plaza
          825 Eighth Avenue
          New York, NY 10019-7475
          212-474-1000

          Sheila Finnegan
          Britt M. Miller
          Mayer Brown LLP
          71 South Wacker Drive
          Chicago, IL 60606
          312-782-0600

## **CERTIFICATE OF SERVICE**

I, Sarah Crane, hereby certify that on May 1, 2008, I caused a copy of the foregoing **JOINT INITIAL STATUS REPORT** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: _s/ Sarah E. Crane_

Sarah E. Crane
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, Illinois 60611
Phone: (312) 923-2849
Fax: (312) 923-2949
Email: scrane@jenner.com

Dated: May 1, 2008