UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMERCIAL STREET EXPRESS LLC, NICOLE VANDER MUELEN, SHASTA BURZYNSKI, and KATHLEEN COULLARD,<br><br>                              Plaintiffs,<br><br>             v.<br><br>SARA LEE CORPORATION, COLGATE-PALMOLIVE COMPANY, HENKEL CHEMIE VERWALTUNGSGESELLSCHAFT MBH, HENKEL CORP., UNILEVER N.V., UNILEVER PLC, and UNILEVER UNITED STATES INC.,<br><br>                              Defendants. | Case No. 1:08-cv-1179<br><br>Honorable Virginia M. Kendall |

## NOTICE OF MOTION

To:   Marvin A. Miller, Esq.
       Lori A. Fanning, Esq.
       Matthew E. Van Tine, Esq.
       MILLER LAW LLC
       115 South LaSalle Street, Suite 2910
       Chicago, IL  60603
       (312) 332-3400

     PLEASE TAKE NOTICE that on Tuesday, May 13, 2008, at 9:00 a.m. in the courtroom of The Honorable Virginia M. Kendall, 219 South Dearborn, Chicago, Illinois 60604, we shall present DEFENDANTS COLGATE-PALMOLIVE COMPANY AND HENKEL CORP.'S MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT  and the JOINT MEMORANDUM IN SUPPORT OF MOTION TO DISMISS BY DEFENDANTS COLGATE-

PALMOLIVE COMPANY AND HENKEL CORP., copies of which have been served upon you.

| | |
|---|---|
| Dated: May 1, 2008 | Respectfully submitted, |

|  |  |
|---|---|
|  | __/s/ *John W. Treece (signed with permission)* |
| David I. Gelfand | John W. Treece |
| Steven J. Kaiser | Richard D. Raskin |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | SIDELY AUSTIN LLP |
| 2000 Pennsylvania Avenue | One South Dearborn |
| Washington, DC 20006 | Chicago, IL 60603 |
| T:  (202) 974-1500 | T:  (312) 853-7000 |
| F:  (202) 974-1999 | F:  (312) 853-7036 |

*Attorneys for Defendant Henkel Corporation*

|  |  |
|---|---|
| Mark L. Kovner | __/s/ *David K. Callahan*_____ |
| Marimichael O. Skubel | David K. Callahan, P.C. |
| Micah N. Hildenbrand | KIRKLAND & ELLIS LLP |
| Samantha A. Gingold | 200 East Randolph Drive |
| KIRKLAND & ELLIS LLP | Chicago, Illinois 60601 |
| 655 Fifteenth Street, NW | T:  (312) 616-2800 |
| Washington, DC 20005 | F:  (312) 616-2863 (fax) |
| T:  (202) 879-5000 | |
| F:  (202) 879-5200 | |

*Attorneys for Defendant Colgate-Palmolive Company*

**CERTIFICATE OF SERVICE**

I, David Callahan, an attorney, hereby certify that on May 1, 2008, I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed and served electronically via the court's CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

        /s/ *David K. Callahan*
David K. Callahan, P.C.
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 616-2800
(312) 616-2863 (fax)