**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| COMMERCIAL STREET EXPRESS LLC, NICOLE VANDER MUELEN, SHASTA BURZYNSKI, and KATHLEEN COULLARD,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SARA LEE CORPORATION, COLGATE-PALMOLIVE COMPANY, HENKEL CHEMIE VERWALTUNGSGESELLSCHAFT MBH, HENKEL CORP., UNILEVER N.V., UNILEVER PLC, and UNILEVER UNITED STATES INC.,<br><br>　　　　　　　　　　　Defendants. | Case No. 08 C 1179<br><br>Honorable Virginia M. Kendall |

**CORPORATE DISCLOSURE STATEMENT OF UNILEVER PLC PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2**

　　　　Pursuant to Fed. R. Civ. P. 7.1 and LR 3.2 of the Northern District of Illinois, Defendant Unilever PLC ("PLC") makes the following disclosures:

　　　　1.　　PLC is a London-based holding company organized under the laws of England and Wales.

　　　　2.　　PLC has shares listed on the London Stock Exchange and, as American Depositary Receipts, on the New York Stock Exchange.

　　　　3.　　PLC has no corporate parent.

　　　　4.　　PLC is not aware of any publicly held corporation owning five percent or more of its stock.

May 13, 2008                                Respectfully submitted,

                                                /s/ Britt M. Miller

Ronald S. Rolfe                             Sheila Finnegan
Elizabeth L. Grayer                         Britt M. Miller
CRAVATH, SWAINE & MOORE LLP                 MAYER BROWN LLP
Worldwide Plaza                             71 South Wacker Drive
825 Eighth Avenue                           Chicago, Illinois 60606
New York, NY 10019-7475                     (312) 782-0600
(212) 474-1000                              (312) 701-7711 – fax
(212) 474-3700 – fax

                                    *Attorneys for Unilever PLC*

## CERTIFICATE OF SERVICE

      I, Britt M. Miller, an attorney, hereby certify that on May 13, 2008, I caused a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF UNILEVER PLC PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2**, to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court' s CM/ECF System.

                                                      /s/ Britt M. Miller
                                          Britt M. Miller
                                          MAYER BROWN LLP
                                          71 South Wacker Drive
                                          Chicago, Illinois  60606
                                          Phone:  (312) 782-0600
                                          Fax:  (312) 701-7711
                                          E-mail:  bmiller@mayerbrown.com