UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMERCIAL STREET EXPRESS LLC, NICOLE VANDER MUELEN, SHASTA BURZYNSKI, and KATHLEEN COULLARD,<br><br>          Plaintiffs,<br><br>    v.<br><br>SARA LEE CORPORATION, COLGATE-PALMOLIVE COMPANY, HENKEL CHEMIE VERWALTUNGSGESELLSCHAFT MBH, HENKEL CORP., UNILEVER N.V., UNILEVER PLC, and UNILEVER UNITED STATES INC.,<br><br>          Defendants. | Case No. 08 C 1179<br><br>Honorable Virginia M. Kendall |

**DEFENDANT UNILEVER PLC'S MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

Defendant Unilever PLC ("PLC") by and through its attorneys and upon its Memorandum in Support of Motion to Dismiss by Unilever PLC ("Memorandum in Support"), and the accompanying declaration of Stephen Williams (filed herewith), hereby moves this Court for an order, pursuant to Rules 12(b)(1), 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Amended Class Action Complaint (the "Complaint") in the above-captioned action with prejudice.

As detailed in its Memorandum in Support, Plaintiffs' Complaint necessarily fails because:

  (1)  The Court lacks personal jurisdiction over PLC, because PLC does not have sufficient minimum contacts with the United States;

  (2)  Plaintiffs fail to state a claim for any violation of federal or state law;

  (3)  The Court lacks subject matter jurisdiction over Count I, because Plaintiffs do not allege any conduct in or affecting U.S. domestic commerce as

required by the Foreign Trade Antitrust Improvements Act of 1982, Pub. L. No. 97-290 § 402, 96 Stat. 1233, 1246 (codified at 15 U.S.C. § 6a);

(4)   The Court lacks subject matter jurisdiction over all counts, because Plaintiffs lack Article III standing; the Complaint does not assert a causal connection between Plaintiffs' alleged injury and the conduct alleged in Germany;

(5)   Plaintiffs lack standing to pursue Count II to the extent it relies on state law outside Michigan and Wisconsin and lack standing to pursue Count III in its entirety.

WHEREFORE, PLC respectfully requests that the Court dismiss Plaintiffs' claims against it and award such other relief as the Court deems just and proper. Should the Court wish oral argument on the issues raised by the instant Motion, PLC would welcome the opportunity.

May 13, 2008

Respectfully submitted,

By:   /s/ Britt M. Miller

Ronald S. Rolfe
Elizabeth L. Grayer
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000
(212) 474-3700 – fax

Sheila Finnegan
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600
(312) 701-7711 – fax

*Attorneys for Unilever PLC*

## CERTIFICATE OF SERVICE

I, Britt M. Miller, an attorney, hereby certify that on May 13, 2008, I caused a true and correct copy of the foregoing **DEFENDANT UNILEVER PLC'S MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**, to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      /s/ Britt M. Miller
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois  60606
Phone:  (312) 782-0600
Fax:  (312) 701-7711
E-mail:  bmiller@mayerbrown.com