UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMERCIAL STREET EXPRESS LLC, NICOLE VANDER MUELEN, SHASTA BURZYNSKI, and KATHLEEN COULLARD,<br><br>        Plaintiffs,<br><br>  v.<br><br>SARA LEE CORPORATION, COLGATE-PALMOLIVE COMPANY, HENKEL CHEMIE VERWALTUNGSGESELLSCHAFT MBH, HENKEL CORP., UNILEVER N.V., UNILEVER PLC, and UNILEVER UNITED STATES INC.,<br><br>        Defendants. | Case No. 08 C 1179<br><br>Honorable Virginia M. Kendall |

### DECLARATION OF STEPHEN WILLIAMS

I, STEPHEN WILLIAMS, declare the following:

1. I am the General Counsel and Chief Legal Officer of defendant Unilever PLC ("PLC"). I reside in London and have my offices at PLC's London headquarters. I have been employed at PLC since 1986. I have held my current position since 1993. In that position, I am responsible for advising the Board of Directors and executive management teams of PLC on legal issues and for legal services worldwide. Through my employment at PLC, I have become familiar with the activities of PLC and its subsidiaries and affiliates throughout the world.

2. I make this Declaration in support of PLC's motion to dismiss this case.

3. I have reviewed the Complaint filed by Commercial Street Express LLC, Nicole Vander Muelen, Shasta Burzynski and Kathleen Coullard in this matter. The Complaint was served on PLC's offices on April 23, 2008.

4. PLC is a London-based holding company organized under the laws of England and Wales.

5. PLC and another company, Unilever NV ("NV"), a Dutch corporation, together own, directly or indirectly, investments in various affiliated companies that manufacture and sell food, home and personal care products.

6. PLC does not distribute any product itself and operates solely as a holding company.

7. PLC derives all of its income, except for interest income on cash flow balances or short-term investments, from dividends, service fees or royalties.

8. No PLC directors' meeting has taken place in the United States during my employment at PLC.

9. PLC does not own, rent, use or possess any real property anywhere in the United States.

10. PLC does not have an office, place of business, postal address or telephone listing anywhere in the United States.

11. PLC is not licensed and has not applied for a license to do business anywhere in the United States.

12. PLC does not have and is not required to have a designated agent for service of process anywhere in the United States.

13. PLC does not advertise, sell, or contract to supply any good or service anywhere in the United States.

14. PLC does not have any employee based anywhere in the United States.

15. PLC does not maintain a bank account or other property anywhere in the United States.

16. PLC has a minority ownership interest in Unilever United States, Inc. ("Unilever US"), a Delaware corporation. The principal place of business of Unilever US is New Jersey. Unilever US is a wholly-owned subsidiary of PLC and NV.

17. Unilever US is a distinct and independently managed corporation that generates income, keeps financial records and books, pays taxes and maintains bank accounts separately from PLC. Unilever US's Board of Directors is separate and autonomous. PLC does not involve itself in the management of, nor subsidize, Unilever US's day-to-day operations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 12, 2008

_____
STEPHEN WILLIAMS

**CERTIFICATE OF SERVICE**

     I, Britt M. Miller, an attorney, hereby certify that on May 13, 2008, I caused a true and correct copy of the foregoing **DECLARATION OF STEPHEN WILLIAMS**, to be filed and served electronically via the court's CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


          /s/ Britt M. Miller
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois  60606
Phone:  (312) 782-0600
Fax:  (312) 701-7711
E-mail:  bmiller@mayerbrown.com