**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| COMMERCIAL STREET EXPRESS LLC, NICOLE VANDER MUELEN, SHASTA BURZYNSKI, and KATHLEEN COULLARD,<br><br>Plaintiffs,<br><br>v.<br><br>SARA LEE CORPORATION, COLGATE-PALMOLIVE COMPANY, HENKEL CHEMIE VERWALTUNGSGESELLSCHAFT MBH, HENKEL CORP., UNILEVER N.V., UNILEVER PLC, and UNILEVER UNITED STATES INC.,<br><br>Defendants. | Case No. 1:08-cv-1179<br><br>Honorable Virginia M. Kendall |

**CORPORATE DISCLOSURE STATEMENT OF COLGATE-PALMOLIVE COMPANY
PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.2 of the Northern District of Illinois, Defendant Colgate-Palmolive Company ("Colgate-Palmolive") makes the following disclosures:

1. Colgate-Palmolive is a United States company organized under the laws of the State of Delaware.

2. The common stock of Colgate-Palmolive is listed and traded on The New York Stock Exchange under the symbol CL and on other world exchanges including Frankfurt, London, Zurich, and Euronext.

3. Colgate-Palmolive has no corporate parent.

4. Colgate-Palmolive is aware of the following two entities owning five percent or more of its common stock as of December 31, 2007:

      a. State Street Bank and Trust Company (as trustee of the Colgate-Palmolive Company Employee Stock Ownership Trust) owns approximately 7.5% of Common Stock outstanding (as of December 31, 2007);

      b. Barclays Global Investors, NA owns approximately 5.7% of Common Stock outstanding (as of December 31, 2007).

5. Colgate-Palmolive is not aware of any other entity owning five percent or more of its common stock.

Dated: May 21, 2008                                                            Respectfully submitted,

                                                                                                              /s/ *David K. Callahan*

Mark L. Kovner                                                                 David K. Callahan, P.C.
Marimichael O. Skubel                                              KIRKLAND & ELLIS LLP
Micah N. Hildenbrand                                               200 East Randolph Drive
Samantha A. Gingold                                                 Chicago, Illinois 60601
KIRKLAND & ELLIS LLP                                        T: (312) 616-2800
655 Fifteenth Street, NW                                          F: (312) 616-2863 (fax)
Washington, DC 20005
T: (202) 879-5000
F: (202) 879-5200

*Attorneys for Defendant Colgate-Palmolive Company*

2

## CERTIFICATE OF SERVICE

I, David K. Callahan, an attorney, hereby certify that on May 21, 2008, I caused a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF COLGATE-PALMOLIVE COMPANY PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                                        /s/ *David K. Callahan*
                                                                                         David K. Callahan, P.C.
                                                                                         KIRKLAND & ELLIS LLP
                                                                                        200 East Randolph Drive
                                                                                        Chicago, Illinois 60601
                                                                                        (312) 616-2800
                                                                                        (312) 616-2863 (fax)