CM

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

COMMERCIAL STREET EXPRESS LLC, NICOLE
VANDER MUELEN, SHASTA BURZYNSKI, KATHLEEN
COULLARD
    Plaintiffs,

V.

SARA LEE CORPORATION, COLGATE-PALMOLIVE COMPANY,
HENKEL CHEMIE VERWALTUNGSGESELLSCHAFT MBH, HENKEL
CORP., UNILEVER N.V., UNILEVER PLC, UNILEVER UNITED STATES
INC.
    Defendants

CASE NUMBER: 08 C 1179

ASSIGNED JUDGE: KENDALL

DESIGNATED
MAGISTRATE JUDGE:

**FILED**

APR 0 1 2008 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: (Name and address of Defendant)

Unilever PLC
Unilever House
Blackfriars
London, England

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARVIN A. MILLER
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
(312) 332-3400

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_C. Mercado_
(By) DEPUTY CLERK

4/1/08
DATE

CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

1) that the document has been served the (date) **23 APRIL 2008**
que le demande a ete executee       le (date)

-at (place, street, number)     **UNILEVER PLC**
-a (localite, rue, numero)      **UNILEVER HOUSE**
                                **100 VICTORIA EMBANKMENT**
                                **LONDON**
                                **EC4Y 0DY**

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:

    X    a) **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention**
         **selon les formes legales (article 5, alinea premier, lettre a)**

b) in accordance with the following particular method
selon la forme particuliere suivante

c) by delivery to the addressee, who accepted it voluntarily
par remise simple
The documents referred to in the request have been delivered to: **ROBERT LEEK**

Les documents mentionnes dans la demande ont ete remis a:
- (identity and description of person)
- (identite et qualite de la personne)

- relationship to the addressee (family, business or other)    **CORPORATE COUNSEL**
- liens de parente de subordination ou autres avec
le desinataire de l'acts

~~2) that the document has not been served, by reason of the following facts:~~
~~que la demande n'a pas ete executee, en raison des faits suivants:~~

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned
Pieces renvoyees

Done at **London**
fait a

in appropriate cases, documents     the    **12 May, 2008**
establishing the service:           le
le cas echeant, les documents
justicatifs de l'execution:
                                    Signature and/or stamp:
                                    Signature et/ou cachet:

[Stamp: SUPREME COURT OF ENGLAND & WALES, FOREIGN PROCESS SECTION, QBD, 12 MAY 2008]