**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| COMMERCIAL STREET EXPRESS LLC, NICOLE VANDER MUELEN, SHASTA BURZYNSKI, and KATHLEEN COULLARD,<br><br>          Plaintiffs,<br><br>    v.<br><br>SARA LEE CORPORATION, COLGATE-PALMOLIVE COMPANY, HENKEL CHEMIE VERWALTUNGSGESELLSCHAFT MBH, HENKEL CORP., UNILEVER N.V., UNILEVER PLC, and UNILEVER UNITED STATES INC.,<br><br>          Defendants. | Case No. 08 C 1179<br><br>Honorable Virginia M. Kendall |

**CORPORATE DISCLOSURE STATEMENT OF UNILEVER NV PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2**

  Pursuant to Fed. R. Civ. P. 7.1 and LR 3.2 of the Northern District of Illinois, Defendant Unilever NV ("NV") makes the following disclosures:

  1.  NV is a Rotterdam-based holding company organized under the laws of the Netherlands.

  2.  NV has listings of shares and depositary receipts for shares on Euronext Amsterdam and of New York Registry Shares on the New York Stock Exchange.

  3.  NV has no corporate parent.

4.   NV is aware of three publicly held corporations holding more than 5% of NV's share capital. ING Groep N.V., Fortis Utrecht N.V. and AEGON N.V. each hold over 5% of NV's total share capital.

May 30, 2008

Ronald S. Rolfe
Elizabeth L. Grayer
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000
(212) 474-3700 – fax

Respectfully submitted,

       /s/ Britt M. Miller       

Sheila Finnegan
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600
(312) 701-7711 – fax

*Attorneys for Unilever NV*

**CERTIFICATE OF SERVICE**

       I, Britt M. Miller, an attorney, hereby certify that on May 30, 2008, I caused a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF UNILEVER NV PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2**, to be filed and served electronically via the court's CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court' s CM/ECF System.

          /s/ Britt M. Miller
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois  60606
Phone:  (312) 782-0600
Fax:  (312) 701-7711
E-mail:  bmiller@mayerbrown.com