# EXHIBIT A

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| COMMERCIAL STREET EXPRESS LLC, NICOLE VANDER MUELEN, SHASTA BURZYNSKI, and KATHLEEN COULLARD,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SARA LEE CORPORATION, COLGATE-PALMOLIVE COMPANY, HENKEL CHEMIE VERWALTUNGSGESELLSCHAFT MBH, HENKEL CORP., UNILEVER N.V., UNILEVER PLC, and UNILEVER UNITED STATES INC.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 08 C 1179<br><br>Honorable Virginia M. Kendall |

## [PROPOSED] ORDER SETTING FORTH BRIEFING SCHEDULE FOR MOTION TO DISMISS BY UNILEVER NV

　　IT IS HEREBY ORDERED

　　That consistent with this Court's May 13, 2008 Order, Plaintiffs Commercial Street Express LLC, Nicole Vander Muelen, Shasta Burzynski, and Kathleen Coullard will file their response to Unilever NV's motion to dismiss on June 23, 2008. Unilever NV will file its reply memorandum on July 14, 2008.

　　SO ORDERED.


DATED:_____　　　　　_____
　　　　　　　　　　　　　　　　　　　　THE HONORABLE VIRGINIA M. KENDALL
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE