# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Commercial Street Express LLC, et al.

v.

Sara Lee Corporation, et al.

Case Number: 08 C 1179

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Unilever NV



FILED ON May 30, 2008
MAY 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | |
| Ronald S. Rolfe | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Ronald S. Rolfe | |
| FIRM | |
| Cravath, Swaine & Moore LLP | |
| STREET ADDRESS | |
| Worldwide Plaza, 825 Eighth Avenue | |
| CITY/STATE/ZIP | |
| New York, NY 10019-7475 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| | (212) 474-1000 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ✓   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ✓

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ✓

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✓   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐