**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| COMMERCIAL STREET EXPRESS LLC, NICOLE VANDER MUELEN, SHASTA BURZYNSKI, KATHLEEN COULLARD on behalf of themselves and all others similarly situated,  )<br><br>Plaintiffs,  )<br>v.  )<br>SARA LEE CORPORATION, COLGATE-PALMOLIVE COMPANY, HENKEL CHEMIE VERWALTUNGSGESELLSCHAFT MBH, HENKEL CORP., UNILEVER N.V., UNILEVER PLC, UNILEVER UNITED STATES INC.  ) | No. 08 C 1179<br>JUDGE KENDALL |

## NOTICE OF MOTION

Please take notice that on Thursday, June 26, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Kendall, or any judge sitting in her stead, in Courtroom 2319 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Plaintiffs' Motion for Leave to File Instanter a Brief in Excess of 15 Pages,* a copy of which is hereby served upon you.

Dated: June 23, 2008

Respectfully submitted,

   */s/  Matthew E. Van Tine*
Marvin A. Miller
Lori A. Fanning
Matthew E. Van Tine
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Tele: 312-332-3400
Fax: 312-676-2676

## <u>CERTIFICATE OF SERVICE BY ELECTRONIC MEANS</u>

I, Matthew E. Van Tine, one of the attorneys for plaintiffs, hereby certify that on June 23, 2008, service of the foregoing **Notice of Motion**, and **Plaintiffs' Motion For Leave To File Instanter A Brief In Excess Of 15 Pages,** was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

  _/s  Matthew E. Van Tine_
Matthew E. Van Tine