UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Commercial Street Express LLC, et al.
                                    Plaintiff,

v.                                                Case No.: 1:08−cv−01179
                                                  Honorable Virginia M. Kendall

Sara Lee Corporation, et al.
                                    Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, June 24, 2008:


   MINUTE entry before the Honorable Virginia M. Kendall:Plaintiffs' motion for leave to file brief in excess of 15 pages [93] is granted. Mailed notice(jms, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.